Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

# UNITED STATES DISTRICT COURT
## for the
## Eastern District of Washington ▼
## _____ Division

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
Jan 14, 2022
SEAN F. McAVOY, CLERK

|  |  |
|---|---|
| Vinodh Raghubir | Case No. 2:22-cv-00009-MKD |
| _____ | (to be filled in by the Clerk's Office) |
| *Plaintiff(s)* | |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Jury Trial: *(check one)* ✔Yes ☐No |
| -v- | |
| Unknown Judges of US court of Appeals for the Federal Circuit, Erik G. Bruggink, Unknown Clerk or Lisa Reyes Clerk of court US Court of Federal Claims, Peter Marksteiner Clerk US Court of Appeals Federal | |
| *Defendant(s)* | |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)* | |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
### (Non-Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | VINODH RAGHUBIR |
| Address | 385 RED ROSE CIRCLE |
| City | ORLANDO |
| State | FL |
| Zip Code | 32835 |
| County | ORANGE |
| Telephone Number | 4078488960 |
| E-Mail Address | vinodhraghubir@gmail.com |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | UNKNOWN JUDGES US COURT OF APPEALS FEDERAL CIRCL |
| Job or Title (if known) | JUDGES |
| Address | 717 MADISON PLACE NW |
| City | WASHINGTON |
| State | DC |
| Zip Code | 20439 |
| County | DISTRICT OF COLUMBIA |
| Telephone Number | 202-275-8000 |
| E-Mail Address (if known) | |

[ ] Individual capacity   [✓] Official capacity

Defendant No. 2

| | |
|---|---|
| Name | ERIK G BRUGGINK |
| Job or Title (if known) | JUDGE US COURT OF FEDERAL CLAIMS |
| Address | 717 MADISON PLACE NW |
| City | WASHINGTON |
| State | DC |
| Zip Code | 20439 |
| County | DISTRCIT OF COLUMBIA |
| Telephone Number | 2023576400 |
| E-Mail Address (if known) | |

[ ] Individual capacity   [✓] Official capacity

Defendant No. 3
- Name: **CLERK OF COURT OR LISA REYES CLERK OF COURT**
- Job or Title (if known): **CLERK OF COURT COURT OF FEDERAL CLAIMS**
- Address: **717 MADISON PLACE NW**
  - City: WASHINGTON
  - State: DC
  - Zip Code: 20439
- County: **DISTRICT OF COLUMBIA**
- Telephone Number: **2023576400**
- E-Mail Address (if known):

[ ] Individual capacity  [✔] Official capacity

Defendant No. 4
- Name: **PETER MARKSTEINER**
- Job or Title (if known): **CLERK US COURT OF APPEALS FEDERAL CIRCUIT**
- Address: **717 MADISON PLACE NE**
  - City: WASHINGTON
  - State: DC
  - Zip Code: 20439
- County: **DISTRICT OF COLUMBIA**
- Telephone Number: **2022758000**
- E-Mail Address (if known):

[ ] Individual capacity  [✔] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

[✔] Federal officials (a *Bivens* claim)

[✔] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?
UNITED STATES CONSTITUTION, 1ST, 5TH, 14TH, 6TH, 8TH AMENDEMENTS, AND THE 8 MAJOR FEDERAL LAWS KNOWN AS THE CIVIL RIGHTS ACTS

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

UNITED STATES CONSTITUTION, 1ST, 5TH, 14TH, 6TH, 8TH AMENDMENTS, AND THE 8 MAJOR FEDERAL LAWS KNOWN AS THE CIVIL RIGHTS ACTS

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.
THE DEFENDANTS KNOWINGLY "OPERATED" IN A MANNER TO DEPRIVE THE PLAINTIFF OF THE FOREGOING CONSTITUTIONAL AND CIVIL RIGHTS BY EVADING THE TRUE NATURE OF THE CLAIMS MADE WITHIN 1:20CV00388 CONCLUSIVELY IGNORING, INTERALIA ,THE MOTION TO VACATE DOC 12 FILED IN 2022-102 , THE ASSERTED STATUTES, FACTUAL ALLEGATIONS BY USE OF HALF TRUTHS, FALSIFYING FACTS, ENTERING VOID ORDERS,AND REFUSING TO FILE.

III. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?
717 MADISON PLACE NW, WSHINGTON DC 20439

B. What date and approximate time did the events giving rise to your claim(s) occur?
8/28/20 THRU PRESENT

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*
SEE SECTION II ABOVE. SEE MOTION TO VACATE DOC 12 IN 2022-102 FILED 12/09/21

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

PURSUANT TO THE DEFENDANT'S CONDUCT,AND OR FAILURE TO ACT, THE PLAINTIFF HAS SUFFERED BOTH METALLY AND PHYSICALLY. THE PLAINTIFF IS CURRENTLY BEING TREATED FOR VERY SERIOUS CONDITIONS AS A RESULT. THE PLAINTIFF HAS NEVER BEEN PROVIDED A COURT IN ANY CASE, AS THE JUDICIARY FAILED TO RECUSE PURSUANT TO THE JUDICIAL CODE OF CONDUCT CANON 2 UPON THE MERE CONSIDERATION OF IMPROPRIETY TO AVOID EVEN THE APPEARANCE OF IMPROPRIETY, THUS WERE NOT JUDGES BUT INSTEAD MINISTERS OF THIER OWN PREJUDICES. BECAUSE THIS CONDUCT IS POLICY , PRACTICE AND PROCEDURE OF THE COURTS , THIER OATHS OF OFFICE WERE RENDERED VOID AB INITIO. BECAUSE THE OATHS ARE VOID, THEY ARE NOT COURTS. BEACUSE THEY ARE NOT COURTS, THE PLAINTIFF WAS DEPRIVED OF HIS ,INTER ALIA, 1ST AMENDMENT RIGHTS.
IF THIS COURT ACTS TO SUPPORT THIS CONDUCT, THEN THE SAME RESULT APPLIES. IT IS NOT A COURT.

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

1. THE ALLEGATIONS WITHIN THE COMPLAINT IN 120CV00388 MUST BE CONSIDERED AS TO THE TRUE NATURE AND REPORATIONS IN THE SUM OF $6,500,000.00 .
2. THERE IS NO IMMUNITY AS PURSUANT TO JUDICIAL CODE OF CONDUCT CANON 2 A JUDGE MUST RECUSE ON HIS OR HER OWN MOTION UPON THE MERE CONSIDERATION OF IMPROPRIETY ,TO AVOID EVEN THE APPEARANCE OF IMPROPRIETY. THE DEFENDANTS FAILED TO , THUS WERE NOT JUDGES BUT INSTEAD WERE MINISTERS OF THEIR OWN PREJUDICES.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 01/01/2022

Signature of Plaintiff       VINODH RAGHUBIR

Printed Name of Plaintiff    VINODH RAGHUBIR

### B. For Attorneys

Date of signing: 01/01/2022

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Address

                City            State          Zip Code

Telephone Number   (407) 848-8960

E-mail Address     vinodhraghubir@gmail.com